In the Matter of the Claim of EMMA JOHNSON, Appellant, against TOWN OF SHELBY, ORLEANS COUNTY, NEW YORK, and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to prosecute appeal on typewritten papers denied. Motion to dismiss appeal granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of PATRICK M. SLATTERY, Respondent, against WHARTON GREEN & Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CHARLES TRUDEAU, Respondent, against ROY P. SMITH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JAMES KELLY, Respondent, against GEORGE A. FULLER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of IRVING ARONSTEIN, Respondent, against TROJAN HAT COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LOUIS SUSKIND, Respondent, against TEITELBAUM BAKING Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.